MEMO ENDORSED

# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue  /  White Plains, NY  10601

November 1, 2022

**BY EMAIL AND ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007
ALCarterNYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-7-22

RE:  *United States v. Pablo Escobar, 22-cr-594 (ALC)*

Dear Judge Carter:

I represent Pablo Escobar. On October 18, 2022 Magistrate Judge Sarah Netburn released Mr. Escobar on bail and required him to secure one financially responsible person to co-sign the bond within two weeks. The deadline is today. I made progress with a potential co-signer for Mr. Escobar's bond when I unexpectedly became unavailable because of a death in my family. Accordingly, I respectfully request that the deadline be extended until November 10, 2022. I have conferred with the prosecutors assigned to this matter and they have no objection to this request.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc: AUSA Jonathan Bodansky
AUSA Andrew Jones
Pablo Escobar

The application is ✓ granted.
                   ___ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: 11-7-22
NY, New York

Admitted: NY, CT, DC