USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-13-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                   Plaintiff,

   -against-

ROY ESCOBAR,

                 Defendant.

------------------------------------------------------------- x

22 CR 594 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Change of Plea Hearing is set for **July 25, 2023** at **2:00 p.m.**

**SO ORDERED.**

Dated:    New York, New York
           July 13, 2023

                                                  _____
                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**