USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/8/24__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

                          **Plaintiff,**

     -against-

**PABLO ESCOBAR,**

                          **Defendant.**

-------------------------------------------------------------------- x

**22-CR-594 (ALC)**

**<u>ORDER</u>**

**ANDREW L. CARTER, JR., District Judge:**

    A Change of Plea Hearing is set for **February 29, 2024,** at **12:00 p.m.**

**SO ORDERED.**

**Dated:**     **New York, New York**
                  **February 8, 2024**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**