**MEMO ENDORSED**

# LAW OFFICES OF JILL R. SHELLOW PLLC

_____

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/2/24__

June 27, 2024

**BY EMAIL AND ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007
ALCarterNYSDChambers@nysd.uscourts.gov

    **RE:**    *United States v. Pablo Escobar,* **22-cr-594 (ALC)**

Dear Judge Carter:

    Your Honor is scheduled to sentence my client, Pablo Escobar, on July 9, 2024. I am writing to request respectfully that the sentence be adjourned so that I can make a timely sentencing submission. Our sentencing submission was due on June 25. I have COVID, and I missed the deadline. I have conferred with Your Honor's chambers about a date that is convenient for the Court, and I respectfully request that this sentencing be adjourned to Thursday, August 22, 2024 at 2PM. The government consents to this request.

    Thank you for your consideration.

                                  Respectfully submitted,

                                  Jill R. Shellow
                                  *Attorney for Pablo Escobar*

cc:    All Counsel (by ECF and Email)

The application is **GRANTED**.
So Ordered.

*/s/ Andrew L. Carter, Jr.*
7/2/24

Admitted:  NY, CT, DC